HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY M. and D.M.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTHCARE OF WASHINGTON, INC.; UNITED HEALTHCARE SERVICES, INC.; UNITED BEHAVIORAL HEALTH, INC.; and ST. THOMAS SCHOOL.<br><br>Defendants. | No. 2:24-cv-01318-RSL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER** |

## I.     MOTION

Plaintiffs Kimberly M. and D.M.M. (collectively "Plaintiffs") filed their Complaint on August 22, 2024. Dkt. 1. Defendants United HealthCare of Washington Inc., United Healthcare Services Inc., and United Behavioral Health Inc. (collectively "United" or "United Defendants"), however, were not served until November 13, 2024. Dkts. 6, 7, 8. Their Answer is due on December 4, 2024, under Fed. R. Civ. P. 12(a)(1)(A)(i).

Counsel for United was recently retained and United needs additional time to gather the administrative record to respond to the complaint. Plaintiffs agreed to extend the deadline for the United Defendants to serve a responsive pleading to the Complaint by

STIPULATED MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT AND
ORDER - 1
2:24-cv-01318-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

fourteen (14) days. United and Plaintiffs (together "the Parties") agree as follows:

## II.  STIPULATION

The Parties, by their attorneys and pursuant to Local Rules 7 and 10 of the United States District Court for the Western District of Washington, hereby stipulate that United Defendants' deadline to answer, move, or otherwise respond to Plaintiffs' Complaint is extended by fourteen (14) days from December 4, 2024. Accordingly, the deadline for United Defendants to file an answer or responsive pleading shall be December 18, 2024. The Parties jointly and respectfully requests the Court enter an order granting their stipulation for an extension.

STIPULATED AND RESPECTFULLY SUBMITTED this 3rd day of December, 2024

| MERRICK, HOFSTEDT & LINDSEY, P.S. | DORSEY & WHITNEY LLP |
|---|---|
| /s/ Tamara Kristine Nelson<br>Tamara Kristine Nelson, WSBA #27679<br>tnelson@mhlseattle.com<br>3101 Western Avenue, Suite 200<br>Seattle, Washington 98121<br>(206) 623-9900 | /s/ Nathan T. Alexander<br>Nathan T. Alexander, WSBA #37040<br>alexander.nathan@dorsey.com<br>Dorsey & Whitney LLP<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>(206) 903-8800 |
| CHRISTENSEN & JENSEN PC<br><br>Karra J. Porter, Pro Hac Vice<br>karra.porter@chrisjen.com<br>Christensen & Jensen PC<br>257 East 200 South Suite 1100<br>Salt Lake City, UT 84111<br>(801) 323-5000<br><br>*Attorneys for Plaintiffs* | Michelle Grant, MN #0311170<br>(Pro Hac Vice to be submitted)<br>grant.michelle@dorsey.com<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498<br>(612) 340-5671<br><br>*Attorneys for Defendants*<br>*United HealthCare of Washington Inc.,*<br>*United Healthcare Services Inc., and United*<br>*Behavioral Health Inc* |

STIPULATED MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT AND
ORDER - 2
2:24-cv-01318-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## ORDER

Before the Court is the Stipulated Motion for Extension of Time to Respond to Complaint jointly filed by Defendants United HealthCare of Washington Inc., United Healthcare Services Inc., and United Behavioral Health Inc. (collectively "United" or "United Defendants") and Plaintiffs Kimberly M. and D.M.M. (collectively "Plaintiffs") (together "the Parties"). The Parties, by their attorneys and pursuant to Local Rules 7 and 10 of the United States District Court for the Western District of Washington, stipulate that United Defendants' deadline to serve a responsive pleading to Plaintiffs' Complaint shall be extended by fourteen (14) days from December 4, 2024.

Accordingly,

**IT IS ORDERED** that Defendants United HealthCare of Washington Inc., United Healthcare Services Inc., and United Behavioral Health Inc. shall have until **December 18, 2024**, to serve a responsive pleading to the Complaint.

DATED this  4th  day of December, 2024.

_____
Honorable Robert S. Lasnik

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER - 3
2:24-cv-01318-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820