The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KIMBERLY M. AND D.M.M., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED HEALTHCARE OF WASHINGTON, INC.; UNITED HEALTHCARE SERVICES, INC.; UNITED BEHAVIORAL HEALTH, INC. AND ST. THOMAS SCHOOL, <br><br> Defendants. | CASE NO. 2:24-CV-01318 <br><br> DEFENDANT ST. THOMAS SCHOOL'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Defendant St. Thomas School, by and through its counsel, respectfully request the time for its Response to Plaintiff's Complaint ("Plaintiff's Complaint"), Dkt. 1, be extended consistent with the Plaintiff's and United Defendants' Stipulated Motion for Extension of Time to Respond to Complaint, Dkt. 11, and Order Granting Motion for Extension of Time to Respond, Dkt. 12, to December 18, 2024.

This motion is for good cause and not for the purpose of delay. The Defendants anticipate filing one answer on behalf of all Defendants. Plaintiff's counsel has been advised of this request and does not oppose the instant motion.

Accordingly, Defendant respectfully requests the deadline for its response to Plaintiff's Complaint be extended as noted above.

DEFENDANT ST. THOMAS SCHOOL'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 2:24-CV-01318
#5720862 v1 / 36201-003

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

DATED this 9th day of December, 2024.

/s/Tracy M. Miller
Tracy M. Miller, WSBA No. 24281
Medora A. Marisseau, WSBA No. 23114
Karr Tuttle Campbell
701 Fifth Ave., Ste. 3300
Seattle, WA  98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: tmiller@karrtuttle.com
mmarisseau@karrtuttle.com

*Attorneys for Defendant St. Thomas School*

DEFENDANT ST. THOMAS SCHOOL'S
UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT - 2
CASE NO. 2:24-CV-01318
#5720862 v1 / 36201-003

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**ORDER**

Pursuant to Defendant St. Thomas School's Unopposed Motion to Extend the Response Deadline, this extension is adopted as set forth below.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **Deadline for Defendant St. Thomas School to file a Response to Plaintiff's Complaint** | *December 9, 2024* | *December 18, 2024* |

IT IS SO ORDERED.

DATED this 10th day of December, 2024.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik

DEFENDANT ST. THOMAS SCHOOL'S
UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT - 3
CASE NO. 2:24-CV-01318
#5720862 v1 / 36201-003

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100