HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY M. and D.M.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTHCARE OF WASHINGTON, INC.; UNITED HEALTHCARE SERVICES, INC.; UNITED BEHAVIORAL HEALTH, INC.<br><br>Defendants. | No. 2:24-cv-01318-RSL<br><br>**STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE MOTIONS DEADLINE** |

## I. **MOTION**

Plaintiffs Kimberly M. and D.M.M. (collectively "Plaintiffs) and Defendants United HealthCare of Washington Inc., United Healthcare Services Inc., and United Behavioral Health Inc. (collectively "United" or "United Defendants") (together the "Parties") hereby respectfully request, by this Stipulated Motion, for the Court to extend the dispositive motions deadline stated in the Court's August 25, 2025, Order (Dkt. 29).

Based on unforeseen health issues and scheduling conflicts, the Parties request an extension to the upcoming dispositive motions deadlines by eight (8) days.[1]  Good Cause

---

[1] The Parties are requesting an eight (8) day extension given a one-week extension would fall on November 11, 2025, which is Court observed holiday.

STIPULATED MOTION FOR EXTENSION OF
DISPOSITIVE MOTIONS DEADLINE - 1
2:24-cv-01318-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

supports this request because a short extension will accommodate these unanticipated circumstances without disrupting the overall case schedule and promote efficient briefing to assist the Court in its consideration of the issues. The request for an extension is not being sought for purposes of delay.

## II. STIPULATION

The Parties, by their attorneys and pursuant to Local Rules 7 and 10 of the United States District Court for the Western District of Washington, respectfully request that the Court enter the below Order extending the existing deadline as follows:

**November 12, 2025** (previously November 4, 2025): Deadline for filing all dispositive motions. All dispositive motion must be noted on the motion calendar for no earlier than twenty-eight days after filings.

STIPULATED MOTION FOR EXTENSION OF
DISPOSITIVE MOTIONS DEADLINE - 2
2:24-cv-01318-RSL

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

STIPULATED AND RESPECTFULLY SUBMITTED this 30th day of October, 2025

| CHRISTENSEN & JENSEN PC | DORSEY & WHITNEY LLP |
|---|---|
| */s/ Karra J. Porter* | */s/ Nathan T. Alexander* |
| Karra J. Porter, Pro Hac Vice | Nathan T. Alexander, WSBA #37040 |
| karra.porter@chrisjen.com | alexander.nathan@dorsey.com |
| Christensen & Jensen PC | Dorsey & Whitney LLP |
| 257 East 200 South Suite 1100 | 701 Fifth Avenue, Suite 6100 |
| Salt Lake City, UT 84111 | Seattle, WA 98104 |
| (801) 323-5000 | (206) 903-8800 |
| | |
| MERRICK, HOFSTEDT & LINDSEY, P.S. | Michelle Grant, MN #0311170 |
| | Pro Hac Vice |
| Tamara Kristine Nelson, WSBA #27679 | grant.michelle@dorsey.com |
| tnelson@mhlseattle.com | Dorsey & Whitney LLP |
| 3101 Western Avenue, Suite 200 | 50 South Sixth Street, Suite 1500 |
| Seattle, Washington 98121 | Minneapolis, MN 55402-1498 |
| (206) 623-9900 | (612) 340-5671 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants*<br>*United HealthCare of Washington Inc.,*<br>*United Healthcare Services Inc., and United*<br>*Behavioral Health Inc* |

STIPULATED MOTION FOR EXTENSION OF
DISPOSITIVE MOTIONS DEADLINE - 3
2:24-cv-01318-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## ORDER

Based on the foregoing stipulation of the Parties and good cause shown, IT IS HEREBY ORDERED that the dispositive motions deadline in this action is extended as follows:

**November 12, 2025** (previously November 4, 2025): Deadline for filing all dispositive motions. All dispositive motion must be noted on the motion calendar for no earlier than twenty-eight days after filings.

DATED this 31st day of October, 2025

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik

STIPULATED MOTION FOR EXTENSION OF
DISPOSITIVE MOTIONS DEADLINE - 4
2:24-cv-01318-RSL

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820